

shoe repair man, the bank's safety deposit department and the van line have a possessory lien. But none of this can fit Everett. (He does suggest he has evidence that he was "safeguarding." And that was not before the district court.)

Further, the papers were not the work product of Everett. If they were, we might have a different question.

 The way the subpoena is asserted to be oppressive is this: Everett has a California state court action on file. Von Brimer is out of California and Everett can't get personal service. If Everett were able to hold Von Brimer's papers, Von Brimer might have to appear in the state court. To take this possibility away from Everett is said to be oppressive.

Von Brimer may or may not owe Everett, but the old requirement that a creditor must find his debtor, wherever he or his property may be, we cannot consider oppressive.

Order on appeal affirmed.

Arthur Mabry (argued), Los Angeles, Cal., for appellant.

Edward B. Frank (argued), Asst. U. S. Atty., Wm. Matthew Byrne, Jr., U. S. Atty., Robert L. Brosio, Asst. U. S. Atty., Crim. Div., Howard B. Frank, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS and DUNIWAY, Circuit Judges, and SMITH, District Judge.*

PER CURIAM:

The judgment of conviction is affirmed.

The point on the method of search and seizure under a search warrant was not made before trial as required by Rule 41 (e) Fed.R.Crim.P. Late in the trial an issue of probable cause was tendered on the search warrant. Thus, the Government was not obligated to meet a challenge that was never made, i. e., method.

There were convictions on five counts. The sentences were wholly concurrent. On count, four, we find the case close on sufficiency of the evidence, but while we are authorized to consider the point, we still need not do it.

There was sufficient circumstantial and direct evidence to sustain the convictions on four counts.

William Clinton GARDNER, Appellant,

v.

UNITED STATES of America, Appellee.

No. 22888.

United States Court of Appeals Ninth Circuit.

Sept. 3, 1969.

* Honorable Russell E. Smith, United States District Judge, Missoula, Montana, sitting by designation.